1  DAVID PAQUIN (State Bar No. 196144)
   Ocean View Law Group
2  1716 Andreo Avenue
   Torrance, CA 90501
3  Telephone: (310) 328-5529
   Fax: (310) 328-9529
4  oceanviewlawgroup@sbcglobal.net
   JAMES J. ORLAND
5  Law Offices of JAMES J. ORLAND
   3601 Elm Avenue,
6  Long Beach, CA. 90807
   (562) 988-8440
7  Attorney's for Plaintiff

8  Manuel Vela

9

10

11              **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13                              CV09-02055 RZ

   MANUEL HENRY VELA              Case No.:
14        Plaintiff
                                  **COMPLAINT FOR VIOLATION OF**
15        vs.                     **CIVIL RIGHTS AND DAMAGES**

16
   LOS ANGELES COUNTY SHERIFFS
17 DEPARTMENT; LEE BACA, in his official    DEPARTMENT:
   capacity as SHERIFF for LOS ANGELES
18 COUNTY, and DOES 1-10 inclusive,

19
        Defendant's
20

21                    **INTRODUCTION**

22        This case arises out of the unlawful battery and sexual assault of plaintiff Manuel Henry Vela,

23 at the hands of a known, violent gang member Joey Maiaua, while in the custody of the Los

24 Angeles County Sheriffs Department.  The Los Angeles County Sheriffs Department, hereinafter

25 referred to as Sheriffs, had prior knowledge of this inmate's violent tendencies. The Sheriffs

26 violated Mr. Vela's *Fourteenth Amendment* substantive due process rights by failing to protect

27 plaintiff and were deliberately indifferent to plaintiff's safety when they placed plaintiff into the

28

same cell with this known violent inmate. The Sheriffs violated 42 U.S.C. § 1983 by failing to protect plaintiff and by their deliberate indifference to his safety.

## PARTIES

1.    Plaintiff herein, MANUEL HENRY VELA is, and at all times herein mentioned was a citizen of the United States.

2. Defendant LOS ANGELES COUNTY SHERIFFS DEPARTMENT ("L.A.S.D.") is a governmental entity, duly organized and existing under the laws of the State of California. L.A.S.D. operates the Mens County Jail, Twin Towers Facility Jail.

3. At all times herein mentioned defendant, LEE BACA was the SHERIFF of Los Angeles County. Defendant SHERIFF BACA, is sued herein in his individual and official capacity as the SHERIFF for LOS ANGELES COUNTY SHERIFFS DEPARTMENT.

4. Plaintiff is ignorant of the true names and capacities of Defendants DOES 1 through 50, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each defendant so named is responsible in some manner for the injuries and damages sustained by plaintiff as set forth herein. Plaintiff will amend his complaint to state the names and capacities of DOES 1-50, inclusive, when they have been ascertained.

5. DOES 1 through 25, inclusive, are Deputy Sheriffs employed by defendant LASD, acting within the course and scope of their employment by defendant LASD, and were directly involved in the detention, causing the injuries and damages sustained by the plaintiff. DOES 26 through 50, inclusive, are defendant Deputy Sheriffs employed by defendant LASD, acting within the course and scope of their employment by defendant LASD, were employed in a supervisory capacity by defendant LASD and were responsible in some manner for properly and adequately hiring, retaining, supervising, disciplining, and training defendant Deputy Sheriffs employed by LASD in the proper and reasonable making of detentions and arrests.

## STATEMENT OF FACTS

6. On or about March 24, 2008, Mr. Manuel H. Vela was placed into a cell in the Men's County Jail with inmate Joey Maiaua booking # 9898425, who has a documented history of violence and was currently held on charges of mayhem and intent to commit severe bodily harm.

7. On March 25, 2008, Mr. Vela was severely beaten and sexually assaulted by his cellmate while other inmates watched. This inmate is a known gang member affiliated with the Sons of Samoa (SOS) Mafia located in the City of Long Beach, California.

8. Plaintiff was transferred to the Los Angeles County Hospital's Jail ward located at 1200 N. State Street, Los Angeles, California. Plaintiff was given a cellmate who had accosted every cellmate he had been housed with. Plaintiff told the Sheriffs that he was in great fear for his life and his family as his cellmate had the address of his grandmother and his mother. Plaintiff asked not be placed in this cell but this request was denied.

9. The Sheriffs on duty knew of the dangerous propensities of the inmate and were aware that an assault on Plaintiff was likely to occur.

10. Despite this knowledge, Sheriffs placed and kept Plaintiff in the cell with the known violent cellmate, who raped, sexually assaulted and battered Plaintiff.

11. Plaintiff required medical attention due to this violent attack along with physiological counseling. Plaintiff is still experiencing severe emotional distress and continues to participate in therapy as a result of this incident.

///

## FIRST CAUSE OF ACTION

**Violation of Fourteenth Amendment of the United States Constitution**

**(42 U.S.C. §1983)**

11.    Plaintiff re-alleges and incorporates by reference paragraphs 1 through 10 of this complaint. Defendants above described conduct violated plaintiff's rights as provided for under the Fourteenth Amendment to the United States Constitution.


12. Plaintiff is informed and believe and thereon allege that LASD officials, including high ranking Sheriffs supervisors such as Defendant SHERIFF BACA, DOES 26-50, and/or each of them, approved, ratified, condoned, encouraged, sought to cover up, and/or tacitly authorized the continuing pattern and practice of misconduct and/or civil rights violations by said Deputies. Plaintiff is further informed and believe and thereon allege that as a result of the deliberate indifference, reckless and/or conscious disregard for the safety of the plaintiff, Defendants DOES 1-25, and/or each of them plaintiff's constitutional rights were violated.

## SECOND CAUSE OF ACTION

**(Intentional Infliction of Emotional Distress)**

13.    Defendant's above described conduct was extreme, unreasonable and outrageous. In engaging in the above-described conduct, defendant's intentionally ignored or recklessly disregarded the foreseeable risk that plaintiff would suffer extreme emotional distress as a result of defendant's conduct.

14.    The defendant displayed a reckless or callous disregard for the plaintiff's rights by placing him into a cell with a known violent inmate who was being held on charges of mayhem with intent to commit great bodily injury. The Sheriff Deputies were aware of this inmate's extreme violent tendency towards his previous cellmates and demonstrated a reckless indifference to plaintiff's safety by their actions.  As a result of this conscious disregard for the health and safety of

plaintiff, plaintiff was sexually assaulted and battered suffering serious physical, mental and emotional injuries. This despicable conduct by defendants and each of them gives rise to a claim for punitive damages.

### DEMAND FOR JURY TRIAL

15. Plaintiffs hereby demand a jury trial in this action.

### PRAYER

WHEREFORE, plaintiff prays for relief as follows:

1. For general damages in the sum of $5 million dollars;

2. For special damages, including but not limited to medical and physiological expenses and other special damages in a sum to be determined according to proof.

3. For punitive damages and exemplary damages in amounts to be determined according to proof.

4. For reasonable attorney's fees pursuant to 42 U.S.C. 1988

5. For costs of suit herein incurred; and

6. For such other and further relief as the court deems just and proper.


Dated: March 23, 2009

David C. Paquin

Ocean View Law Group

Attorney for Plaintiff Manual Vela

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MANUEL HENRY VELA

PLAINTIFF(S)

v.

LOS ANGELES COUNTY SHERIFFS
DEPARTMENT, LEROY D. BACA in his official
capacity as SHERIFF for LOS ANGELES COUNTY
DOES 1-10 Inclusive

DEFENDANT(S).

CASE NUMBER

**CV09-02055** RZ

**SUMMONS**

TO:    THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney
David C. Paquin SBN:196144 _____, whose address is:

Ocean View Law Group
1716 Andreo Avenue,
Torrance, CA. 90501
(310)328-5529 FAX: (310) 328-9529

an answer to the ☒ complaint ☐_____amended complaint ☐ counterclaim ☐ cross-claim
which is herewith served upon you within _20_ days after service of this Summons upon you, exclusive
of the day of service. If you fail to do so, judgement by default will be taken against you for the relief
demanded in the complaint.

Clerk, U.S. District Court

Dated: ___MAR 2 5 2009_____

By: _____
LA'REE HORN
Deputy Clerk
(Seal of the Court)

1192

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MANUEL HENRY VELA

LOS ANGELES COUNTY

**DEFENDANTS**
LOS ANGELES COUNTY SHERIFFS DEPARTMENT, LEROY D. BACA
in his official capacity as SHERIFF for LOS ANGELES COUNTY, DOES 1-50
Inclusive

LOS ANGELES COUNTY

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

DAVID C. PAQUIN SBN:196144 Ocean View Law Group
1716 Andreo Avenue, Torrance, CA. 90501 (310)328-5529 FAX:(310)328-9529
(See Attachment)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☑ **MONEY DEMANDED IN COMPLAINT:** $ 5,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
U.S. Civil Statue 42 U.S.C. 1983 Violation of Fourteenth Amendment Right Due Process Clause

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☑ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**  Case Number: _CV09-02055_

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES COUNTY | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 03/24/2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |