**MICHAEL THOMAS, State Bar No. 41597**
**MAUREEN THOMAS, State Bar No. 105194**
**THOMAS AND THOMAS, LLP**
801 North Brand Boulevard, Suite 220
Glendale, California 91203
Phone (818) 500-4800; Fax (818) 500-4822

Attorneys for Defendants,
COUNTY OF LOS ANGELES and
LEE BACA, in his official capacity

**DAVID PAQUIN, State Bar No. 196144**
**OCEAN VIEW LAW GROUP**
1716 Andreo Avenue
Torrance, California 90501
Phone (310) 328-5529; Fax (310) 328-9529

Attorneys for Plaintiff,
MANUEL HENRY VELA

FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HENRY VELA, <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES COUNTY SHERIFFS DEPARTMENT; LEE BACA, in his official capacity as SHERIFF for LOS ANGELES COUNTY, and DOES 1-10, Inclusive, <br><br> Defendants. | Case No.: 09cv2055 ODW (FMOx) <br><br> **PROTECTIVE ORDER** |

## **PROTECTIVE ORDER**

This Protective Order contemplates the disclosure of private and confidential information concerning the identities and last known addresses of present or former inmates in the custody of the Los Angeles County Sheriff's Department. Said inmates have not lost their right to privacy by virtue of their incarceration. Further, inmates in the

County system include persons who may be subject to an attack on their person, inside and outside the jail, for various reasons, including gang membership, retaliation for acting as informants or for other activities undertaken inside or outside the jail. It is recognized that the disclosure of information concerning said inmates may have a negative impact on the privacy of such inmates and may subject the inmates to a risk of harm. In an effort to minimize any intrusion into the privacy and the potential risk of harm to such inmates, which could occur from the dissemination of said information, the following shall apply:

  The production of information concerning said inmates shall be strictly confidential.

  The production of inmate addresses, and telephone numbers [obtained solely from the information provided by the inmate at the time of booking] shall be made by defendants solely to plaintiff's counsel and plaintiff's counsel may not disseminate that information to any person or entity, including plaintiff, Manual Henry Vela, for any purpose, absent a prior court order, except that the addresses and telephone numbers may be provided to an investigator hired by plaintiff's counsel for the purpose of obtaining witness statements, interviews, and/or serving the inmates with deposition and/or trial subpoenas.

  In the event plaintiff's counsel finds it necessary to employ an investigator and to disseminate the address and/or telephone number of any inmate to such investigator for the purpose stated above, plaintiff's counsel shall have such investigator(s) execute a confidentiality agreement, prior to their receipt of that information, agreeing not to disseminate that information to any other person or entity, including plaintiff and any other inmate or other individual with whom that investigator comes into contact in the course of such employment.

  Nothing in this protective order requires defendants to produce any information which may be protected from disclosure by the official information privilege, Federal

1  Rules of Evidence, App. Rule 509(a)(2), and particularly investigatory files complied for
2  law enforcement purposes. The Court is not expressing any opinion, by this Protective
3  Order, concerning the applicability of said privilege to any document to which defendants
4  may possess.

5  Nothing in this protective order requires defendants to produce any information
6  concerning the medical condition, past or present, of any inmate other than plaintiff. The
7  court is not expressing any opinion, by this Protective Order, as to whether plaintiff
8  should be entitled to any discovery concerning the medical condition, past or present, of
9  any inmate other than plaintiff.

11  Dated: ~~August~~ Sept. 17, 2009

12  The Honorable ~~Otis C. Wright II~~ Fernando M. Olguin

# PROOF OF SERVICE

STATE OF CALIFORNIA         }
                            } ss.
COUNTY OF LOS ANGELES       }

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 801 North Brand Boulevard, Suite 220, Glendale, California 91203.

On September 14, 2009, I served the foregoing document, described as **PROTECTIVE ORDER** on the interested parties in this action by placing a true copy thereof, in sealed envelopes addressed as follows:

**ATTORNEYS FOR PLAINTIFF, MANUEL VELA :**

| | | |
|---|---|---|
| David Paquin, Esq.<br>Ocean View Law Group<br>1716 Andreo Avenue<br>Torrance, CA 90501<br>Phone: 310/328-5529<br>Fax: 310/328-9529<br>oceanviewlawgroup@sbcglobal.net | -and- | James J. Orland, Esq.<br>Law Offices of James J. Orland<br>3601 Elm Avenue<br>Long Beach, CA 90807<br>Phone: 562/988-8440<br>Fax: 562/988-8442 |

[X]   BY MAIL – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[ ]   BY PERSONAL SERVICE – I caused to be delivered such envelope by hand to the offices of the addressee.

[X]   BY FACSIMILE – By transmitting true copies thereof by facsimile to interested counsel's facsimile terminal number, and then receiving a facsimile receipt showing receipt thereof by counsel's terminal at Glendale, California.

[ ]   (State) – I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   (Federal) – I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on September 14, 2009, in Glendale, California. I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_____
PAM MYERS