JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MANUEL HENRY VELA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFFS DEP'T., et al.,<br><br>　　　　Defendants. | CASE NO. CV 09-2055 ODW (FMOx)<br><br>JUDGMENT FOR DEFENDANTS |

In light of this Court's December 21, 2009 Order Granting Defendants' Motion For Summary Judgment against Plaintiff Manuel Henry Vela, judgment is hereby entered in favor of Defendants and against Plaintiff.

IT IS SO ADJUDGED.

Dated: December 21, 2009

_____
HON. OTIS D. WRIGHT II
United States District Judge