JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MANUEL HENRY VELA, | CASE NO. CV 09-2055 ODW (FMOx) |
| Plaintiff, | |
| vs. | JUDGMENT FOR DEFENDANTS |
| LOS ANGELES COUNTY SHERIFFS DEP'T., et al., | |
| Defendants. | |

In light of this Court's April 28, 2010 Order Granting Defendants' Motion For Summary Judgment against Plaintiff Manuel Henry Vela, judgment is hereby entered in favor of Defendants and against Plaintiff.

IT IS SO ADJUDGED.

Dated: April 28, 2010

HON. OTIS D. WRIGHT II
United States District Judge