MICHAEL THOMAS, State Bar # 41597
JANET L. KEUPER, State Bar # 128417
THOMAS and THOMAS, LLP
801 North Brand Boulevard, Suite 220
Glendale, CA 91203
Telephone: (818) 500-4800
Facsimile: (818) 500-4822

Attorneys for Defendants,
COUNTY OF LOS ANGELES and
SHERIFF LEE BACA,
in his official capacity only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL HENRY VELA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No. 09cv2055 ODW (FMOx)<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that effective June 27, 2011, the new address for Thomas and Thomas, LLP, will be as follows:

　　　　　425 W. Broadway, Suite 213

　　　　　Glendale, CA 91203

The telephone and fax numbers will remain the same.

Dated: June 17, 2011　　　　　　　　　　THOMAS AND THOMAS, LLP


By: _____
　　MICHAEL THOMAS
　　Attorneys for Defendants,
　　COUNTY OF LOS ANGELES
　　and SHERIFF LEE BACA

1.

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 801 North Brand Blvd., Suite 220, Glendale, California 91203.

On June 21, 2011, I served the foregoing document, described as **NOTICE OF CHANGE OF FIRM ADDRESS**, on the interested parties in this action by placing a true copy thereof, in sealed envelopes addressed as follows:

### ATTORNEYS FOR PLAINTIFF, MANUEL VELA

David Paquin, Esq.
Ocean View Law Group
1716 Andreo Avenue
Torrance, CA 90501
Tel: 310/328-5529; Fax: 310/328-9529

James J. Orland, Esq.
Law Offices of James J. Orland
3601 Elm Avenue
Long Beach, CA 90807
Tel: 562/988-8440; Fax: 562/988-8442

Raymond I. Moniak, Esq.
Law Offices of Raymond I. Moniak
2276 Torrance Boulevard
Torrance, CA 90501
Tel: 310/320-9742; Fax: 310/212-5900

[ ] BY MAIL – I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[X] BY OVERNIGHT DELIVERY – by placing true copies thereof enclosed in sealed FEDERAL EXPRESS envelopes designated by the express service carrier with delivery fees provided for and depositing said envelope during regular business hours, addressed as stated on the attached mailing list; by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] BY PERSONAL SERVICE – I caused to be delivered such envelope by hand to the offices of the addressee.

Executed on June 21, 2011, in Glendale, California. I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

EVELYN JENKINS